IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                                       **CASE NO. 3:13CR00058-01(ADC)**

**BRETT TORIANO-JONES THEOPHILIOUS**

MOTION TO SUPPLEMENT DOCUMENT FILED UNDER DKT NO. 249
REQUEST FOR THE ISSUANCE OF A WARRANT

TO THE HONORABLE AIDA DELGADO-COLON, CHIEF
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW**, Ivelisse Alonso-Méndez, U.S. Probation Officer of this **Honorable Court**, respectfully presenting petition for action Court as follows:

    On March 10, 2015, a Motion Notifying Violations of Conditions and Request for the Issuance of a Warrant was filed under docket 249, informing of Mr. Jones' failure to follow the Probation Officer's Instructions and for changing of residence without prior approval.

    On March 12, 2015, Mr. Jones' reported to the Probation Office unexpectedly and reported staying with his cousin at a hotel in Old San Juan.  On that day, Mr. Jones was returned to the transitional housing program, Guarabi, in Caguas.  He further made a commitment to abide by the program rules and regulations.

    On March 26, 2015, information was received from staff members of the transitional housing program, indicating that today Mr. Jones' left the Program; and

1

refused to provide the address where he would be staying.  At this time, Mr. Jones' whereabouts are unknown

**WHEREFORE**, I declare under penalty of perjury that the foregoing is true and correct.  It is respectfully requested that the Court issues a warrant for Mr. Jones' arrest, to show cause why his supervised release term should not be revoked, thereupon, to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 26th day of March, 2015.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICE

*s/Ivelisse Alonso-Méndez*
Ivelisse Alonso-Méndez
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 400
San Juan, PR 00918
Tel. No. (787) 281-1535
Fax No. (787) 766-5945
ivelisse_alonso@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the parties in this case.

In San Juan, Puerto Rico, this 26th day of March 2015.

*s/Ivelisse Alonso-Méndez*
Ivelisse Alonso-Méndez
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 400
San Juan, PR 00918
Tel. No. (787) 281-1535
Fax No. (787) 766-5945
ivelisse_alonso@prp.uscourts.gov