THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BRETT TORIANO JONES-THEOPHILIOUS,

    Defendant.

Criminal No. 13-00058 (ADC)

## ORDER

On July 18, 2014, a jury found defendant, Brett Toriano Jones-Theophilious ("defendant"), guilty of failing to register as a sex offender, in violation of 18 U.S.C. § 2250(a). **ECF No. 213.** On February 4, 2015, defendant was sentenced to time served and a term of supervised release of two years, and judgment of conviction was entered. **ECF Nos. 235, 236.** On February 7, 2015, defendant's counsel filed a notice of appeal on his behalf. **ECF No. 237.** Thereafter, on February 9, 2015, defendant filed a *pro se* pleading captioned: "Notice of Appeal and Correction of Rebellion Before and Through the Court at Boston" ("the *pro se* notice of appeal"). **ECF No. 239.** Therein, defendant appears to challenge various aspects of the pre-trial and trial process and decisions of the Court. He also (1) sets forth a case-caption on the first page of the filing that is not the case-caption for the instant criminal case; (2) notifies that his address has changed, providing a New Mexico address; and (3) makes various accusations about, *inter alia*, the alleged corporate nature of the U.S. government and an alleged rebellion against the same. *Id.*

Because of the procedural posture of this case, the Court makes the following observations and findings about defendant's *pro se* notice of appeal. First, to the extent that defendant seeks to file a notice of appeal, this is unnecessary as a notice of appeal has already been filed on his behalf at **ECF No. 237.** Second, to the extent that (1) defendant seeks to challenge his judgment of conviction and (2) such challenges can be construed as either a motion for judgment of acquittal under Fed.R.Crim.P. 29 or a motion for new trial under