SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

11/01/1999

HONORABLE LINDA A. AKERS

CR 1997-010663

STATE OF ARIZONA

v.

KEEFFE T/BRANCH
DOB: 12-16-67

CLERK OF THE COURT

K. Zoratti
Deputy

FILED: NOV 1 0 1999

JEANINE M SORRENTINO

KEEFFE T/BRANCH
A458720 TENT CITY JAIL
2939 W DURANGO
PHOENIX AZ
85009-0000

APO-CCC
APPEALS-CCC
DISPOSITION CLERK-CCC
RFR

DISPOSITION HEARING
PROBATION REVOKED - IMPRISONMENT

8:54 a.m. State is represented by Timothy T. Duax. Defendant is present on his own behalf.

Court Reporter, Don Moll, is present.

Discussion is held.

8:55 a.m. Court stands at recess.

9:02 a.m. Court reconvenes with counsel and Defendant present.

Docket Number 115                                        Page ___1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

11/01/1999                                              CLERK OF THE COURT

HONORABLE LINDA A. AKERS                                K. Zoratti
                                                        Deputy

CR 1997-010663

     Court Reporter, Don Moll, is present.

     Defendant addresses the Court on his own behalf.

     Let the record reflect that Defendant rejects probation.

     Counsel inform the Court that there is no further evidence to present.

     Pursuant to A.R.S. Section 13-607, the Court finds the Defendant knowingly, intelligently and voluntarily waived his right to be represented by counsel after being advised of the right to be represented by counsel including the right to have counsel appointed free of charge if the Defendant is indigent.

     The Defendant is given an opportunity to speak. Having found no legal cause for delay, the Court enters the following judgment and sentence.

     THE COURT FINDS that reasonable efforts have been made to give the victim notice of this proceeding and an opportunity to be heard.

     IT IS THE JUDGMENT of the Court that the Defendant has rejected the terms of probation imposed on 10-6-98 on the following charge(s), that upon consideration of all the facts, law and circumstances relevant here, the Court finds that suspension of sentence and reinstatement of probation are not appropriate and that a sentence of imprisonment with the Department of Corrections is appropriate.

     IT IS THEREFORE ORDERED the probationary term previously granted is hereby revoked.

     THE COURT FURTHER FINDS that there are circumstances sufficiently substantial to call for the term as indicated. These circumstances are stated by the Court on the record.

     ACCORDINGLY, IT IS ORDERED that the Defendant is committed to the Arizona Department of Corrections for a term of imprisonment as follows:

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

11/01/1999                                         CLERK OF THE COURT

HONORABLE LINDA A. AKERS                           K. Zoratti
                                                   Deputy

CR 1997-010663

OFFENSE: Count 11: Sexual Conduct with a Minor

FELONY CLASS: 6

IN VIOLATION OF A.R.S. SECTIONS: 13-1401, 1405, 3821, 31-281, 13-701, 702 and 801

DATE OF OFFENSE: Between November 1, 1996 and December 31, 1996.

SENTENCE: Two (2) years

AGGRAVATED

NONDANGEROUS

NONREPETITIVE

       This sentence is to date from 11-1-99.

       The Defendant is to be given credit for 363 days served prior to sentencing.

Docket Number 115                                                 Page ___3

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

11/01/1999

CLERK OF THE COURT

HONORABLE LINDA A. AKERS

K. Zoratti
Deputy

CR 1997-010663

IT IS FURTHER ORDERED that the Defendant shall serve one day for every seven days of the sentence imposed under the supervision of the Community Supervision Program, to be served consecutively to the actual period of imprisonment.

RESTITUTION: IT IS ORDERED affirming the Defendant shall make and pay restitution to the victim(s) of this crime, for the economic loss of the victim(s), through the Clerk of the Superior Court in the total amount of $1,035.00. Restitution is owed in the following amounts to the following persons:

Victim Compensation Fund                    $1,035.00

REIMBURSEMENT: IT IS ORDERED that the Defendant shall make and pay reimbursement through the Clerk of the Superior Court of Maricopa County for the reasons stated on the record in the total amount of $637.84.

Pursuant to A.R.S. Section 31-254(D) and (E),

Payment of restitution and reimbursement shall be 30% of Defendant's earnings while incarcerated at the Department of Corrections. Upon release from the Department of Corrections, payment shall commence on the first day of the second month after Defendant is released from the Department of Corrections and said payment shall not be less than $40.00 per month.

IT IS ORDERED that the Defendant pay an assessment to the Clerk of the Superior Court of Maricopa County as follows:

Pursuant to A.R.S. Section 12-116 a fee of $12.00. Should Defendant pay all penalties, fines and/or sanctions in full this date, said fee is not applicable.

IT IS FURTHER ORDERED that Defendant be given credit for all monies paid to date.

The Defendant is advised concerning rights of review after conviction and written notice of those rights is provided.

IT IS ORDERED authorizing the Sheriff of Maricopa County to deliver the Defendant to the custody of the Arizona Department

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

| | |
|---|---|
| 11/01/1999 | CLERK OF THE COURT |
| HONORABLE LINDA A. AKERS | K. Zoratti<br>Deputy |

CR 1997-010663

of Corrections and authorizing the Department of Corrections to carry out the term of imprisonment set forth herein.

    ISSUED: Order of Confinement.

    IT IS FURTHER ORDERED that the Clerk of the Court shall remit to the Department of Corrections a copy of this order together with all presentence reports, probation violation reports, medical and psychological reports which are not sealed relating to the Defendant and involving this cause.

    Let the record reflect that the Defendant has refused to sign the Notice of Rights of Review after Conviction, however, has received a copy of same.

    FILED: Notice of Rights of Review after Conviction.

    Let the record further reflect that the Defendant has refused to affix his thumbprint to this sentencing order.

    IT IS ORDERED pursuant to A.R.S. Section 31-281 that the Defendant submit to DNA testing for law enforcement identification purposes.

    IT IS FURTHER ORDERED that Defendant pay up to $500.00 for the cost of such testing.

    With respect to Defendant's Motion for Change of Venue,

    IT IS ORDERED denying said motion.

    Discussion is held with respect to restraining order.

    Defendant requests binding arbitration.

    IT IS ORDERED denying said request.

    The Court notes it has received dozens of pleadings and letters. Some of the documents have been referred to the civil division and/or may be pending elsewhere in the judicial system.

    IT IS ORDERED directing Defendant to submit in writing a list of all motions he deems filed and pending as of November 1,

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

| | |
|---|---|
| 11/01/1999 | CLERK OF THE COURT |
| HONORABLE LINDA A. AKERS | K. Zoratti<br>Deputy |

CR 1997-010663

1999, with copies delivered to Court and counsel, no later than November 15, 1999.

    The Court has read and reviewed the pleadings relating to Defendant's pending Post Conviction Relief together with the States response.

    IT IS ORDERED denying Defendant's motion for post-conviction relief as untimely filed.

    Defendant requests an Order to Show Cause hearing.

    The Court advises Defendant that upon receipt of Defendant's list of pending motions, the Court will set an Order to Show Cause hearing if necessary.

cc:  DOC - Certified Copy via Certification Desk
      MCSO-AIS - Certified Copy via Certification Desk

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CLERK OF THE COURT

11-1-99   HON. LINDA A. AKERS   K. _____
Date      Judge/Commissioner/Pro Tem   Deputy

CR 97-10663

STATE v. Branch

Let the record reflect that the Defendant's thumbprint is permanently affixed to this sentencing order in open court.

9:14 a.m.   Hearing concludes.

(Thumbprint)

_____
JUDICIAL OFFICER OF THE SUPERIOR COURT

Defendant refused thumbprint   lk 11-1-99

Sentence - Last Page
1601-026 Rev 5/99

Page 7

The foregoing instrument is a full, true and correct copy of the original on file in this office.

Attest **NOV 2 4 2020** 20

JEFF FINE, Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

By _M. Martinez_ , Deputy Clerk